IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BANK OF BEAVER CITY, The, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3209 |
| | ) | |
| v. | ) | |
| | ) | |
| SOUTHWEST FEEDERS, L.L.C., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' joint motion, (filing no. 71), is granted, and the progression schedule is amended as follows:

1) The discovery deadline is extended to November 30, 2011.

2) The deadline for filing motions for summary judgment and motions to exclude expert testimony on *Daubert* and related grounds is extended to December 30, 2011.

3) The deadline for filing the disclosure of plaintiff's rebuttal expert witnesses and their reports is extended to October 30, 2011.

4) The pretrial conference and trial dates will be discussed, if necessary, during the telephonic conference already scheduled to be held before the undersigned magistrate judge on November 17, 2011, at 9:00 a.m.

DATED this 19th day of September, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge