IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BANK OF BEAVER CITY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3209 |
| | ) | |
| v. | ) | |
| | ) | |
| SOUTHWEST FEEDERS, L.L.C., | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant and | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LUCKY MOON LAND & LIVESTOCK, | ) | |
| INC., an Oklahoma corporation, and JON | ) | |
| DANE MORRIS and MISTY MORRIS, | ) | |
| | ) | |
| Third Party | ) | |
| Defendants. | ) | |

IT IS ORDERED that:

1. the Joint Stipulation for Dismissal, ECF No. 80, is granted;

2. the plaintiff's complaint against the defendant is dismissed with prejudice, with each party to pay its own costs;

3. the request in the Motion to Dismiss Third-Party Complaint, ECF No. 81, to waive the usual response time is granted; and

4. the Motion to Dismiss Third Party Complaint, ECF No. 81, is granted and the Third-Party Complaint is dismissed without prejudice.

Dated November 9, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge